# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR,<br>　　　Plaintiff(s),<br>v.<br>UNITED STATES SECURITIES &<br>EXCHANGE COMMISSION,<br>　　　Defendant(s). | Case No.: 2:20-cv-00158-GMN-NJK<br><br>**ORDER** |

This miscellaneous proceeding involves the sole issue of determining whether to quash an administrative subpoena. *See* Docket No. 1. On May 20, 2020, the Court resolved that issue. Docket No. 7. Having received no further filings in this matter, it appears that no further proceedings are needed. Accordingly, the Clerk's Office is **INSTRUCTED** to administratively close this case.

IT IS SO ORDERED.

Dated: August 5, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1